1  BENJAMIN B. WAGNER
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          | CASE NO. 1:14-MJ-181 GSA
12 |                      Plaintiff,    | STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING
13 |          v.                        |
14 | FELIPE ANDRES BARAJAS,             | Date: November 24, 2014
                                        | Time: 1:30 p.m.
15 |                      Defendant.    | Honorable Gary S. Austin

16

17     The United States of America, by and through BENJAMIN B. WAGNER, United States

18 Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendant

19 Felipe Andres Barajas, by and through Erin Snider, Assistant Federal Defender, her attorney of record,

20 hereby stipulate to continue the preliminary hearing in this matter, currently scheduled for November 24,

21 2014, until December 5, 2014. The defendant agrees to waive his right to preliminary hearing within 21

22 days of his initial appearance, pursuant to Rule 5.1 of the Federal Rules of Criminal Procedure.

23     In addition, the defendant agrees to waive his right to be indicted by a grand jury within 30 days

24 of his arrest pursuant to Title 18, United States Code, Section 3161(b), and agrees to extend the time for

25 presenting his case to the grand jury until December 4, 2014. The defendant initially appeared in this

26 district on November 21, 2014 and no grand jury meets thereafter until December 4, 2014. Therefore,

27 the parties agree that, pursuant to Title 18, United States Code, Section (h)(7)(A) and (B)(iii), that time

28 may be excluded to and through the date of December 4, 2014, in that the ends of justice served by

Stipulation to Continue Preliminary Hearing and
Order Thereon                                          1

1  continuing time for indictment as requested outweighs the interest of the public and the defendant in an

2  indictment within the time prescribed by the Speedy Trial Act. Therefore, the parties request that the

3  Court exclude the time for indictment until December 4, 2014.

4  Dated: November 21, 2014                    BENJAMIN B. WAGNER
                                               United States Attorney

6                                              /s/ Kathleen A. Servatius
                                               KATHLEEN A. SERVATIUS
7                                              Assistant United States Attorney

9  Dated:  November 21, 2014                   /s/
                                               Erin Snider
10                                             Assistant Federal Defender,
                                               Attorney for defendant Felipe Andres Barajas

13  It is ordered that this matter be continued to Dec. 5, 2014 and that time be excluded from today's date

14  until Dec. 4, 2014.

16                                         **ORDER**

18      It is ORDERED that this matter be continued to December 5, 2014, at 1:30 p.m., and that time be

19  excluded from today's date until December 4, 2014.

20  IT IS SO ORDERED.

22  **Dated: November 21, 2014**                        /s/ Gary S. Austin
                                                       UNITED STATES MAGISTRATE JUDGE

Stipulation to Continue Preliminary Hearing and
Order Thereon                                        2